THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DAVID HENDRICKSON and JOHN PETERS, Respondents.

Argued October 21, 1942; decided December 3, 1942.

*Edward J. Neary,* District Attorney (*Philip Huntington* and *Frank A. Gulotta* of counsel), for appellant.

*James G. Blake* and *George E. Mulry* for respondents.

Orders affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.